UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C.

SERAFIN RIOS, ETANO

Plaintiff(s)

- against -

NEIGHBORHOOD CONSTRUCTION CORP., ETANO

Defendant(s)

Index # 07 CIV 8701 (SWAIN)

Purchased October 9, 2007

**AFFIDAVIT OF SERVICE**

DUPLICATE

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LUIS AGOSTINI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 9, 2007 at 03:43 PM at

2885 VALENTINE AVE
APT. B4
BRONX, NY 10458

deponent served the within SUMMONS AND COMPLAINT on DILBER KUKIC therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to OMER KUKIC a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the RELATIVE of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 47 | 5'7 | 200 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2885 VALENTINE AVE
APT. B4
BRONX, NY 10458

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 13, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: February 13, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

LUIS AGOSTINI
License #: 1027732
Invoice #: 449394

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C.

SERAFIN RIOS, ETANO

Plaintiff(s)

- against -

NEIGHBORHOOD CONSTRUCTION CORP., ETANO

Defendant(s)

Index # 07 CIV 8701 (SWAIN)

Purchased October 9, 2007

AFFIDAVIT OF SERVICE

DUPLICATE

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LUIS AGOSTINI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 9, 2007 at 03:43 PM at

2885 VALENTINE AVE
APT. B4
BRONX, NY 10458

deponent served the within SUMMONS AND COMPLAINT on DILBER KUKIC therein named,

SUITABLE AGE by delivering thereat a true copy of each to OMER KUKIC a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the RELATIVE of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 47 | 5'7 | 200 |

MAILING Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

2885 VALENTINE AVE
APT. B4
BRONX, NY 10458

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 13, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

MILITARY SERVICE Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: February 13, 2008

EL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

LUIS AGOSTINI
License #: 1027732
Invoice #: 449394

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728