UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SERAFIN RIOS and PATROCINIO RIOS,    07 CV 8701 (LTS)(FM)

                              *Plaintiffs*,    **CLERK'S CERTIFICATE**

        -against-

NEIGHBORHOOD CONSTRUCTION CORP.
and DILBER KUKIC,

                              *Defendants.*
-----------------------------------------------------------------X

     I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on October 9, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e)(1), on defendant Neighborhood Construction Corp. by delivering two copies of it the New York Secretary of State as provided in New York CPLR § 311(a)(1) and General Business Law § 306; and on defendant Dilber Kukic by delivering it to a person of suitable age and discretion at the defendant's dwelling or house at 2885 Valentine Ave., Apt. B4, Bronx, New York 10458 and mailing a copy of it to the defendant in accordance with the requirements of New York CPLR § 308(2), and proof of such service as to each defendant thereof was filed on February 25, 2008.

     I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

     Dated: New York, New York

     Feb 27, 2008

                                                 **J. MICHAEL MCMAHON**
                                                 Clerk of the Court

                                By: _____
                                                   Deputy Clerk